902

No. 390.   Propper, Receiver, v. Clark, Attorney General, Successor to the Alien Property Custodian.   C. A. 2d Cir.   Certiorari granted limited to questions 1 and 2 presented by the petition for the writ, *i. e.:* (1) Did petitioner's appointment as temporary statutory receiver, on June 12, 1941, endow him with title by operation of law to the debt in question which was good as against the Custodian's subsequent Vesting Order? and (2) If not, did the September 29, 1941, judgment appointing petitioner permanent statutory receiver endow him with title to the debt in question as of the date of his appointment as temporary statutory receiver which was good as against the subsequent Vesting Order?   The Chief Justice took no part in the consideration or decision of this application.   *A. Walter Socolow* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Bazelon* and *James L. Morrisson* for respondent.   █

No. 365.   Fisch et al. v. General Motors Corp.; and
No. 366.   Bateman et al. v. Ford Motor Co.   C. A. 6th Cir.   Certiorari denied.   *Ernest Goodman, Jack N. Tucker, Morton A. Eden* and *George W. Crockett, Jr.* for petitioners in Nos. 365 and 366, and *Edward Lamb* was also for petitioners in No. 366.   *Henry M. Hogan* and *Nicholas J. Rosiello* for respondent in No. 365.   *Rockwell T. Gust* and *William T. Gossett* for respondent in No. 366.   Reported below: 169 F. 2d 266.

No. 395.   Consumers Co. v. Consumers Petroleum Co; and
No. 425.   Consumers Petroleum Co. v. Consumers Co.   C. A. 7th Cir.   Certiorari denied.   *Joseph B. Fleming* for the Consumers Co.   *Albert E. Jenner, Jr., Harry*